Certificate Number: 05781-NYN-DE-041272362

Bankruptcy Case Number: 25-60890



05781-NYN-DE-041272362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2026, at 12:33 o'clock PM PDT, Joe Quigley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of New York.

Date: July 31, 2026     By: /s/Allison M Geving

Name: Allison M Geving

Title: President